UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-29-FL1

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) ORDER |
| V. | ) |
| | ) |
| LUKE MICHAEL CHURCHILL | ) |

8:07CR4

This matter is before the Court on the Government's Motion to Continue. Upon good cause shown, the motion is Granted.

Further proceedings arising from the defendant's January 2007 indictment in the District of Nebraska are hereby continued until such time as the charges are transferred back to the District of Nebraska and properly calendared in that district.

The delay occasioned by the granting of this motion is hereby excluded from computation for speedy trial purposes pursuant to 18 U.S.C. § 1361(h)(8)(A).

This the 14th day of April, 2007.

LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE

RECEIVED

MAY 17 2007